828

No. 130. Coco v. Florida. Supreme Court of Florida. Certiorari denied. *Wallace N. Maer* for petitioner.

No. 131. Farone v. New York. Court of Appeals of New York. Certiorari denied. *James F. Carroll* for petitioner. *Jacob K. Javits,* Attorney General of New York, *James O. Moore, Jr.,* Solicitor General, and *Ruth Kessler Toch* and *Arthur H. Christy,* Assistant Attorneys General, for respondent.

No. 133. Silliman v. Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied. *Joseph J. O'Connell, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Ellis N. Slack* for respondent.

No. 135. Echeles et al. v. United States. C. A. 7th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 136. Soper et al. v. United States. C. A. 9th Cir. Certiorari denied. *Hubert A. Gilbert* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 137. New Cut Rate Liquors, Inc. et al. v. Seagram Distillers Corp. C. A. 7th Cir. Certiorari denied. *William C. Wines* for petitioners. *Frank D. Mayer, Louis A. Kohn* and *Robert L. Stern* for respondent.

No. 138. Irving Trust Co. et al., Executors, v. United States. C. A. 2d Cir. Certiorari denied. *Ben-*

*jamin M. Cardozo* and *Eli J. Blair* for petitioners. Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack and *I. Henry Kutz* for the United States.

No. 139. EARHART *v.* CALLAN, TRUSTEE IN BANK-RUPTCY. C. A. 9th Cir. Certiorari denied. *John Egan Belcher* for petitioner.

No. 141. CHAITT *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Lemuel B. Schofield* for petitioner.

No. 145. NEW YORK EX REL. GADSON *v.* HOY, SHERIFF. Appellate Division of the Supreme Court of New York, Second Department. Certiorari denied. *Curtis F. McClane* for petitioner. *John J. O'Brien* for respondent.

No. 146. AMERICAN METAL CO., LTD. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Norris Darrell, John F. Dooling, Jr.* and *Robert MacCrate* for petitioner. Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack and *Melva M. Graney* for respondent.

No. 147. REINECKE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Henry C. Lowenhaupt* for petitioner. Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky and *Louise Foster* for respondent.